# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ex rel. **JANE DOE I and JANE DOE II**, : : : **Plaintiff,** : : v. : : **MANOR CARE, INC., et al.,** : : **Defendants** : | CIVIL ACTION NO. 1:03-CV-1872  (Judge Conner) |

## ORDER

AND NOW, this 27th day of April, 2006, upon consideration of the notice of consent (Doc. 26) filed by the United States, consenting to the dismissal of the above-captioned action and requesting that certain documents be unsealed, see 31 U.S.C. § 3730(b)(1), and it appearing that this case was dismissed without prejudice by a prior order (see Doc. 25), it is hereby ORDERED that:

1. The order of court (Doc. 25) dismissing this case without prejudice is REAFFIRMED.

2. The Clerk of Court is directed to UNSEAL the complaint (Doc. 1) and the notice of consent (Doc. 26).

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge